433 A.2d 128

Commonwealth v. Lopez, Appellant.

Petition for Allowance of Appeal Denied Aug. 10, 1981.

Submitted December 3, 1979. John J. Speicher, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

522

Before PRICE, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.